**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30324 |
| Plaintiff - Appellee, | D.C. No. 6:12-cr-00007-CCL |
| v. | |
| JOSHUA EMIL RUNION, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Charles C. Lovell, District Judge, Presiding

Submitted February 17, 2015[**]

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Joshua Emil Runion appeals from the district court's judgment and challenges his jury-trial conviction and 51-month sentence for counterfeiting obligations or securities of the United States, in violation of 18 U.S.C. § 471.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Runion's counsel has filed

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Runion the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**